UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIA S. MILLS,<br><br>        Plaintiff,<br><br>  - *against* –<br><br>REHABILITATION SUPPORT SERVICES, INC., et al.,<br><br>        Defendants. | 17 CV 5229 (NSR) (LMS)<br><br>**ORDER** |

**THE HONORABLE LISA MARGARET SMITH, U.S.M.J.**[1]

  The Court having been advised that all claims asserted in the above entitled action have been settled, it is

  ORDERED, that the above-entitled action be and hereby is discontinued, without costs to any party, subject to reopening should the settlement not be consummated within thirty (30) days of the date hereof. The telephonic status conference scheduled for Friday, August 21, 2020, at 10:00 a.m. before the undersigned is **cancelled**. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 62.

  The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next 30 days with a request that the agreement be "so ordered by the Court."

---

[1] The Honorable Nelson S. Román referred this matter to the undersigned on October 13, 2017. ECF No. 18.

Dated: August 20, 2020
      White Plains, New York

**SO ORDERED,**

_____
Lisa Margaret Smith
United States Magistrate Judge
Southern District of New York